Larry W. MEUIR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62701.

Missouri Court of Appeals,
Western District.

Nov. 18, 2003.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Patricia T. Morgan, Office of Attorney General, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Larry W. Meuir appeals the denial of his Rule 24.035 motion without having been granted an evidentiary hearing. We affirm. Rule 84.16(b).